UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

**A.V.**,

                                          Plaintiff,

    - against -

**THE NEW YORK STATE BOARD OF LAW EXAMINERS; CARMEN BEAUCHAMP CIPARICK,** in her official capacity as Chair, New York State Board of Law Examiners, and as an individual; **JOHN J. MCALARY,** in his official capacity as Executive Director, New York State Board of Law Examiners, and as an individual; **JESSICA A. MCCLUNG,** in her official capacity as Deputy Executive Director, New York State Board of Law Examiners, and as an individual; **BRYAN R. WILLIAMS,** in his official capacity as a Member, New York State Board of Law Examiners, and as an individual; **MICHAEL COLODNER,** in his official capacity as a Member, New York State Board of Law Examiners, and as an individual; **VICTORIA A. GRAFFEO,** in her official capacity as a Member, New York State Board of Law Examiners, and as an individual; **CAROL C. VILLEGAS,** in her official capacity as a Member, New York State Board of Law Examiners, and as an individual; An **UNKNOWN CONSULTANT** in their official capacity as a Consultant, New York State Board of Law Examiners, and as an individual,

                                          Defendants.

25 Civ. 4128
(NJC)(LGD)

**NOTICE OF APPEARANCE**

-------------------------------------------------------------------------------x

       PLEASE TAKE NOTICE, Defendants, CARMEN BEAUCHAMP CIPARICK, in her official capacity as Chair, New York State Board of Law Examiners, JOHN J. MCALARY, in his official capacity as Executive Director, New York State Board of Law Examiners, JESSICA A. MCCLUNG, in her official capacity as Deputy Executive Director, New York State Board of Law Examiners, BRYAN R. WILLIAMS, in his official capacity as a Member, New York State Board of Law Examiners, MICHAEL COLODNER, in his official capacity as a Member, New York State Board of Law Examiners, VICTORIA A. GRAFFEO, in her official capacity as a Member,

1

New York State Board of Law Examiners, and CAROL C. VILLEGAS, in her official capacity as a Member, New York State Board of Law Examiners, hereby appear in the above-captioned action, by and through their attorney, LETITIA JAMES, Attorney General of the State of New York, by Patricia M. Hingerton, Assistant Attorney General, of counsel, and request that all communications be served upon her at the address listed below.

DATED:    Hauppauge, New York
          October 9, 2025

                              LETITIA JAMES
                              Attorney General of the
                              State of New York
                              Attorney for NYS Board of Law Examiners

By:    ___/s/ *Patricia M. Hingerton*_____
       PATRICIA M. HINGERTON
       Assistant Attorney General
       300 Motor Parkway - Suite 230
       Hauppauge, New York   11788
       (631) 231-2424
       Patricia.Hingerton@ag.ny.gov