UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 15, 2025** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-4128 (NJC)(LGD)** |
| **NAME OF CASE(S):** | A.V. et al v. The New York State Board of Law Examiners et al |
| **FOR PLAINTIFF(S):** | A.V., pro se |
| **FOR DEFENDANT(S):** | Patricia M. Hingerton |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 12:03-12:29, via Zoom |

**RULINGS FROM MOTION CONFERENCE:**

Case called. Pro se plaintiff and counsel for defendants present.

During the conference, the Court addressed Defendants' pending motion to stay (DE [37]), as well as *pro se* Plaintiff's motion to proceed anonymously (DE [24]). For the reasons stated on the record, the Court ruled as follows.

First, the Court GRANTS Defendants' motion to stay (DE [37]), with the exception that Defendants shall disclose the name of the consultant to Plaintiff by **10/22/2025**. All other discovery is hereby STAYED pending a ruling by Judge Choudhury on Defendants' forthcoming motion to dismiss.

Second, the Court DENIES *pro se* Plaintiff's motion to proceed anonymously (DE [24]). The parties shall meet and confer and submit by **11/7/2025** proposed redactions to the parties' filings to seal ONLY those portions directly relevant to Plaintiff's medical conditions.

As this Order contains non-dispositive rulings, the parties are notified of their right to object to this Order with Judge Choudhury within 14 days of its issuance. Fed. R. Civ. P. 72(a). Defendants are directed to order a transcript of this proceeding on an expedited basis.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge
