STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

Hon. Nusrat J. ChoudhuryDecember 11, 2025
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re:**A.V. v. New York State Board of Law Examiners, et al.**
Docket No.: 2:25-cv-04128 (NJC) (LGD)

Dear Judge Choudhury:

I write on behalf of Defendants New York State Board of Law Examiners (the "Board"), the Executive Director and Deputy Executive Director of the Board, and Members of the Board in the above-referenced action. I write with the consent of the parties to request an adjournment of the status conference, which the Court scheduled last night, for today at 4:00 p.m. The adjournment is requested because I will be travelling at the time of the conference and will not be able to participate. I have discussed alternative dates with the parties, and all are available on Monday, December 15, 2025, and Tuesday, December 16, 2025 should the Court grant this request to re-schedule the conference.

Thank you for your consideration of this application.

Respectfully,

*Patricia M. Hingerton*

Assistant Attorney General

cc: Plaintiff, *pro se*
Counsel for co-defendant
VIA ECF and email