UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

A.V.,

Plaintiff,

- against -

**THE NEW YORK STATE BOARD OF LAW EXAMINERS;
CARMEN BEAUCHAMP CIPARICK,** in her official capacity
as Chair, New York State Board of Law Examiners, and as an
individual; **JOHN J. MCALARY,** in his official capacity as
Executive Director, New York State Board of Law Examiners, and
as an individual; **JESSICA A. MCCLUNG,** in her official
capacity as Deputy Executive Director, New York State Board of
Law Examiners, and as an individual; **BRYAN R. WILLIAMS,** in
his official capacity as a Member, New York State Board of Law
Examiners, and as an individual; **MICHAEL COLODNER,** in his
official capacity as a Member, New York State Board of Law
Examiners, and as an individual; **VICTORIA A. GRAFFEO,** in
her official capacity as a Member, New York State Board of Law
Examiners, and as an individual; **CAROL C. VILLEGAS,** in her
official capacity as a Member, New York State Board of Law
Examiners, and as an individual; **LAWRENCE
LEWANDOWSKI,** in his official capacity as a Consultant, New
York State Board of Law Examiners, and as an individual,

Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

2:25-cv-04128
(NJC)(LGD)

**STIPULATION OF
DISCONTINUANCE**

WHEREAS, on February 19, 2026, Plaintiff submitted to the New York State Board of

Law Examiners ("BOLE") a new application for non-standard test accommodations, supported by

new and/or additional medical evidence;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

undersigned, as follows:

1. Plaintiff will receive the following non-standard test accommodations (NTA) on the

July 2026 Uniform Bar Exam (UBE) and the September 2026 New York Law Exam (NYLE),

provided that she timely registers for such exams and completes the standard certifications and

acknowledgments that are required from candidates in the ordinary course of the test

accommodation process: (a) for the July 2026 UBE, (i) time-and-a-half (50% extra) test time plus 30 minutes of off-the-clock breaks for the Multistate Performance Test (MPT) and Multistate Essay Examination (MEE); (ii) time-and-a-half (50% extra) test time plus 30 minutes of off-the-clock breaks for the Multistate Bar Examination (MBE); and (iii) seating in a group room away from the general testing population with others receiving similar accommodations; (b) for the September 2026 NYLE, (i) time-and-a-half (50% extra) test time; and (ii) 20 minutes of off-the-clock breaks.

2.      Plaintiff's petition dated March 26, 2026, requesting permission to register late for the April 2026 NYLE, is hereby granted, allowing her to take the April 2026 NYLE without NTA following completion of the registration requirements.

3. All causes of action and claims which were asserted herein, and in any appeal of this matter, are hereby discontinued with prejudice and without costs to any party as against the others.

4. This Stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

DATED: Bohemia, New York  
       March 31, 2026

A.V.  
Plaintiff pro se  
Avprose7@gmail.com

DATED: Hauppauge, New York  
     March 31 , 2026

LETITIA JAMES  
Attorney General  
   for the State of New York  
Attorney for State Defendants,  
NYS Board of Law Examiners,  
Carmen Beauchamp Ciparick, John  
McAlary, Jessica McClung, Bryan  
Williams, Michael Colodner,  
Victoria Graffeo, and Carol Villegas

By: _____  
    Patricia M. Hingerton  
    Assistant Attorney General  
    300 Motor Parkway, Suite 230  
    Hauppauge, New York 11788  
    (631) 231-2424  
    Patricia.Hingerton@ag.ny.gov

DATED: East Syracuse, New York  
    March 31 , 2026

KNYCH & WHRITENOUR, LLC  
Attorneys for Defendant Lawrence  
Lewandowski

By: _____  
    Peter W. Knych  
    6713 Collamer Road  
    East Syracuse, New York 13057  
    (315) 472-1175  
    pk@pknychlaw.com

So Ordered:

*/s/ Nusrat J. Choudhury*  
_____  
Hon. Nusrat J. Choudhury

3